# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136356 & (47)

TIMOTHY LANDIN RODRIGUEZ and
ANTONIO LANDIN RODRIGUEZ,
         Plaintiffs-Appellants,

v                                                        SC: 136356
                                                         COA: 282671
                                                         Ingham CC: 06-000316-NM

DAVID A. MERCHANT, MICHAEL T.
MADDALONI, STACIA J. BUCHANAN,
and MERCHANT & MADDALONI, P.C.,
         Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the February 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to strike is DENIED. The plaintiffs may file a delayed application for leave to appeal in the Court of Appeals on or before October 24, 2008. See MCR 7.205(F)(3).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
                Clerk

d0721